UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                    No. CIV. S-10-0493 FCD KJN

    v.                           **O R D E R**

JAMES ARBOGAST,

        Defendant.

_____/

      The defendant in this matter, JAMES ARBOGAST, is now appearing in propria persona. Under Local Rule 302(c)(21) this matter is REFERRED to Magistrate Judge Kendall J. Newman for all pretrial scheduling and proceedings.

      IT IS ORDERED that any hearing dates currently set, and any initial scheduling orders issued, by the undersigned are **VACATED**.  Any pending requests shall be referred to the magistrate.

      IT IS FURTHER ORDERED that all future documents filed in the above-captioned case shall reference the following case number: **CIV S-10-0493 FCD KJN PS**.

DATED: June 14, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE