IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                        No. 2:10-cv-00493 FCD KJN PS

    v.

JAMES ARBOGAST,                  ORDER

    Defendant.
_____/

       On August 2, 2010, plaintiff Scott N. Johnson filed a request to appear telephonically at the Status (Pretrial Scheduling) Conference set for August 5, 2010 at 10:00 a.m. in Courtroom 25. (Dkt. No. 11.) The court hereby DENIES this request and requires that the parties appear in person at that status conference.[1]

       IT IS SO ORDERED.

DATED: August 3, 2010

                                            /s/ Kendall J. Newman
                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] This order does not preclude plaintiff from seeking leave of court to appear telephonically at future status conferences or hearings.

1