SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>James Arbogast,<br><br>　　　　Defendants | Case No.: CIV.S 10-cv-00493-FCD-KJN PS<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br>Complaint Filed: FEBRUARY 28, 2010 |

**IT IS HEREBY STIPULATED** by and between the parties to this action that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2). The Parties shall bear their own costs and attorneys' fees in connection with this Lawsuit and the negotiation and preparation of this Agreement.

STIPULATED DISMISSAL and ORDER　　　　　　　　　　　CIV: S-10-cv-00493-FCD-KJN PS

1

Dated: November 3, 2010

        /s/James Arbogast

        JAMES ARBOGAST,

        Defendant in Pro Per

Dated: November 1, 2010        DISABLED ACCESS PREVENTS

        INJURY, INC.

        /s/Scott N. Johnson
        SCOTT N. JOHNSON,
        Attorney for Plaintiff

Pursuant to the above stipulation, this action is hereby dismissed with prejudice. The Clerk of Court is directed to close this case and vacate all pending dates.

**IT IS SO ORDERED**.

Dated: November 8, 2010

        /s/ Kendall J. Newman

        KENDALL J. NEWMAN

        UNITED STATES MAGISTRATE JUDGE